IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH ADRIAN FULLER,

        Plaintiff,                         No. CIV S-08-2369 FCD GGH P

    vs.

UNKNOWN, et al.,

        Defendants.             FINDINGS & RECOMMENDATIONS

_____/

        By order filed February 9, 2009, the court granted plaintiff thirty days to file a third amended complaint. In the February 9th order, the court informed plaintiff of the deficiencies in his complaint. This order was re-served on plaintiff at his most current address on February 18, 2009. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        For the reasons given in the February 9, 2009, order, IT IS HEREBY RECOMMENDED that this action be dismissed with prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file

1

written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.

DATED: April 23, 2009

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:035
full2369.fta